IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Teamsters Local Union No. 507, | ) | CASE NO.:   1:08 CV 1830 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| Earnest Machine Products Company, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a Memorandum Opinion of this Court, Plaintiff's Motion for Summary Judgment on its Complaint is granted and the Parties are ordered to proceed with the grievance and arbitration process on the Nagy Grievance in accordance with Article XIV of the CBA to determine if Mr. Nagy participated in "any unlawful strike, slow down or other stoppage of work" in violation of Article XV of the CBA. All costs to Defendant. This action is terminated.

IT IS SO ORDERED.

/s/Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: January 14, 2009